Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
MARK HUNTINGTON

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| MARK HUNTINGTON,         )<br>                          )<br>    Plaintiff,            )<br>    v.                    )<br>                          )<br>SWIFTFUNDS FINANCIAL      )<br>SERVICES, LLC; SWIFT BPO )<br>PARTNERS, LLC; MARIE PETREE; )<br>and FITNESS ALLIANCE, INC., d/b/a )<br>EOS Fitness,             )<br>                          )<br>    Defendants.           )<br>                          ) | **Case No.:** 5:20-cv-02106-JGB-SP |

## **NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, MARK HUNTINGTON, ("Plaintiff"), through his attorney, Michael S. Agruss, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against all Defendants.

DATED: January 6, 2021

Respectfully submitted,
AGRUSS LAW FIRM, LLC

By /s/ Michael S. Agruss
Michael S. Agruss
Attorney for Plaintiff,
MARK HUNTINGTON

## CERTIFICATE OF SERVICE

I certify that on January 6, 2021, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Michael S. Agruss
Michael S. Agruss